ACCEPTED
01-14-00370-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 4:49:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00370-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 4:49:03 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

**REPUBLIC PETROLEUM LLC,**
*Appellant/Cross-Appellee*

V.

**DYNAMIC OFFSHORE RESOURCES NS, L.L.C.
AND W&T OFFSHORE, INC.,**
*Appellees/Cross-Appellants*

On Appeal from the 270th Judicial District Court
Harris County, Texas, the Honorable Brent Gamble presiding
Trial Court Cause No. 2010-80561

## JOINT MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant/Cross-Appellee Republic Petroleum LLC and Appellees/Cross-Appellants Dynamic Offshore Resources NS, L.L.C. and W&T Offshore, Inc. file this joint motion under TEX. R. APP. P. 10.5(b) and 38.6(d), requesting a twelve day extension of time to file their appellees' briefs, and respectfully show this Court as follows:

Appellant and Cross-Appellants are appealing the trial court's judgment. The parties filed their respective appellants' briefs on February 9, 2015. The parties' appellees' briefs are currently due on March 11, 2015. Appellant and Cross-Appellants ask this Court for a twelve day extension of time (from the current due date) to file their appellees' briefs, making such briefs due on March 23, 2015. Appellant and Cross-Appellants previously requested and were granted two extensions of time to file their appellants' briefs.

Appellant and Cross-Appellants need additional time to file their briefs so their counsel can continue to review the lengthy appellate record to better provide the Court with clear and concise briefs. Additionally, counsel for Appellant and Cross-Appellants have been working to comply with concurrent deadlines in other cases.

Prayer

Appellant and Cross-Appellants respectfully request this Court grant a twelve day extension to file their appellees' briefs, extending the deadline to March 23, 2015.

Respectfully Submitted,

K. B. BATTAGLINI
Texas State Bar No. 01918060
kbattaglini@strongpipkin.com
JOHN G. BISSELL
Texas State Bar No. 02356000

2

jbissell@strongpipkin.com
Strong Pipkin Bissell & Ledyard, L.L.P.
4900 Woodway Drive, Suite 1200
Houston, Texas 77056
Telephone: (713) 651-1900
Facsimile: (713) 651-1920

COUNSEL FOR APPELLANT REPUBLIC
PETROLEUM LLC

AND

KENNETH H. LABORDE

KENNETH H. LABORDE
Texas State Bar No. 11786070
klaborde@glllaw.com
DANIEL G. RAUH
Louisiana State Bar No. 27280 (*PHV*)
drauh@glllaw.com
CHARLOTTE A. FIELDS
Texas State Bar No. 24032175
cfields@glllaw.com
Gieger, Laborde & Laperouse, L.L.C.
1177 West Loop South, Suite 750
Houston, Texas 77027
Telephone: (832) 255-6000
Facsimile: (832) 255-6001

COUNSEL FOR CROSS-APPELLANT
DYNAMIC OFFSHORE RESOURCES NS,
L.L.C.

AND

Bradley L. DeLuca / by

Bradley L. DeLuca
Texas Bar No. 05653800
bdeluca@jdkglaw.com

3

Brigid D. Ashcraft
Texas Bar No. 09193167
bashcraft@jdkglaw.com
Johnson DeLuca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
Telephone: (713) 652-2525
Facsimile: (713) 652-5130

ATTORNEYS FOR CROSS-APPELLANT
W&T OFFSHORE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2015, a true and correct copy of the foregoing instrument was served on the following counsel of record via e-filing and e-mail in accordance with TEX. R. APP. P. 9.5(e).

K. B. Battaglini
John G. Bissell
Strong Pipkin Bissell & Ledyard, L.L.P.
4900 Woodway Drive, Suite 1200
Houston, Texas 77056
   *COUNSEL FOR APPELLANT REPUBLIC PETROLEUM LLC*

Bradley L. DeLuca
Brigid D. Ashcraft
Johnson, DeLuca, Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
   *COUNSEL FOR CROSS-APPELLANT W&T OFFSHORE, INC.*

Charlotte A. Fields

4